DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EXPRESS EMERGENCY SERVICES, INC.,**
Appellant,

v.

**JEANETTE SULKER,**
Appellee.

No. 4D2024-0875

[January 29, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502022CA002151.

Michael J. Friedman and Nicole D. Moss of Friedman Legal, Boca Raton, for appellant.

Warren Diener of The Diener Firm, P.A., Davie, for appellee.

PER CURIAM.

*Affirmed. See Emerald Pointe Prop. Owners' Ass'n v. Com. Constr. Indus., Inc.*, 978 So. 2d 873 (Fla 4th DCA 2008).

WARNER, GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***